**Order filed December 8, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01022-CR

_____

**SOSTENES JOEY ADAME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 81875-CR**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the originals of **State's Exhibit 11; State's Exhibit 12; and Defendant's Exhibit 2.**

The clerk of the 239th District Court is directed to deliver to the Clerk of this court the originals of **State's Exhibit 11; State's Exhibit 12; and Defendant's Exhibit 2**, on or before **December 22, 2020.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the originals to the clerk of the 239th District Court.

PER CURIAM

Panel Consists of Justices Christopher, Wise, and Zimmerer.